UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| G. KENT PLUNKETT,<br>       Plaintiff,<br><br>    vs.<br><br>VALHALLA INVESTMENT SERVICES,<br>INC. AND ERIC T. HOUSE<br>       Defendant. | ) <br> ) <br> ) <br> ) <br> )     CIVIL ACTION NO. 04-10765-NG <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## PLAINTIFF'S CERTIFICATION

Plaintiff and Plaintiff's counsel hereby certify that they have conferred (a) with a view to establishing a budget for the costs of the full course – and various alternative courses – of the litigation and (b) to consider the resolution of the litigation through the use of ADR programs.

_____
H. Joseph Hamcline, BBO #218710
MINTZ, LEVIN, COHN, FERRIS,
   GLOVSKY AND POPEO, P.C.
One Financial Center
Boston, MA 02111
Tel. (617) 542-6000
Fax (617) 542-2241
Email: hhamcline@mintz.com

_____
G. Kent Plunkett

Dated: January 31, 2005

LIT 1500491v1