UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

G. KENT PLUNKETT,                )
                                 )
            Plaintiff,           )
                                 )
    vs.                          )   CIVIL ACTION NO. 04-10765-NG
                                 )
VALHALLA INVESTMENT SERVICES,    )
INC. AND ERIC T. HOUSE           )
            Defendant.           )
                                 )

## DEFENDANTS' CERTIFICATION

Defendant Eric T. House and defense counsel hereby certify that they have conferred (a) with a view to establishing a budget for the costs of the full course, and alternative courses, of the litigation, and (b) to consider the resolution of the litigation through the use of ADR programs.

_____
Eric T. House

_____
Brian Voke, BBO # 544327
CAMPBELL, CAMPBELL,
  EDWARDS & CONROY, P.C..
One Constitution Plaza, 3rd Floor
Boston, MA 02119
Tel. (617) 241-3042
Fax (617) 241-5115

_____
Vincent P. Antaki, Esquire
REMINGER & REMINGER CO., L.P.A.
7 West 7th Street, Suite 1990
Cincinnati, OH 45202
Tel. (513) 721-1311
Fax (513) 721-2553

Dated: February 3, 2005

LIT 1500474v1