UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| G. KENT PLUNKETT,<br>    Plaintiff,<br><br>vs.<br><br>VALHALLA INVESTMENT SERVICES,<br>INC. AND ERIC T. HOUSE<br>    Defendant. | )<br>)<br>)<br>)<br>) CIVIL ACTION NO. 04-10765-NG<br>)<br>)<br>)<br>)<br>)<br>) |

## MOTION TO ADMIT COUNSEL *PRO HAC VICE*

The undersigned, Brian P. Voke, counsel for Defendants in this action and a member of the bar of this Court, moves pursuant to Local Rule 83.5.3 for the admission of Vincent P. Antaki of the firm Reminger & Reminger Co., L.P.A., Suite 1990, 7 W. 7th Street, Cincinnati, Ohio 45202, as counsel for the Defendants in this action, *pro hac vice*.

As stated in the accompanying Declaration (attached hereto as Exhibit A), Vincent P. Antaki is a member of the bars of Ohio, Kentucky, Indiana, Southern District of Ohio, Southern District of Indiana, Northern District of Indiana, Eastern District of Kentucky, and the Sixth Circuit Court of Appeals. He is in good standing in every jurisdiction in which he has been admitted to practice, has no disciplinary proceedings pending against him, and is familiar with the Local Rules of the United States District Court for the District of Massachusetts.

Brian P. Voke, a member in good standing of the bar of this Court, has entered an appearance in this action and will act as co-counsel for Defendant.

WHEREFORE, it is respectfully requested that Vincent P. Antaki be admitted to the bar of this Court *pro hac vice*.

VALHALLA INVESTMENT SERVICES, INC.
AND ERIC T. HOUSE,

By their Attorneys,

Date: June 14, 2005

Brian P. Voke (BBO # 544327)
Campbell Campbell Edwards & Conroy, P.C.
One Constitution Plaza, 3rd Floor
Boston, MA 02119
(617) 241-3042

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served via Ordinary United States Mail Service this 14 day of June 2005 upon:

H. Joseph Hameline, Esq.
Mintz Levin, Cohn, Ferris, Glovsky and Popeo, P.C.
One Financial Center
Boston, MA 02111
**Attorney for Plaintiff**

Brian P. Voke, Esq.

2