**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

|  |  |  |
|---|---|---|
| **G. KENT PLUNKETT,** | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **CIVIL ACTION NO. 04-10765-NG** |
| | ) | |
| **VALHALLA INVESTMENT SERVICES,** | ) | |
| **INC. AND ERIC T. HOUSE** | ) | |
| **Defendant.** | ) | |
| | ) | |
| | ) | |

## DECLARATION OF VINCENT P. ANTAKI TO APPEAR *PRO HAC VICE*

I, Vincent P. Antaki, hereby move for leave to appear before this Court in the above-entitled action as counsel *pro hac vice* for Defendants, Valhalla Investment Services, Inc., and Eric T. House, pursuant to Rule 83.5.3 of the Local Rules of the United States District Court for the District of Massachusetts. In support of this motion, I hereby declare under penalty of perjury:

    1.     I reside in Cincinnati, Ohio.

    2.     I am an attorney with Reminger & Reminger Co. L.P.A., Suite 1990, 7 W. 7th Street, Cincinnati, Ohio 45202.

    3.     I was admitted to the Bar of the State of Ohio in 2000. I was admitted to the Bar of the State of Indiana in 2000. I was admitted to the Bar of the State of Kentucky in 2001. I was admitted to practice before the United States District Court for the Southern District of Indiana in 2000. I was admitted to practice before the United States District Court for the Northern District of Indiana in 2000. I was admitted to practice before the United States District Court for the Southern District of Ohio in 2001. I was admitted to practice before the United States District

Court for the Eastern District of Kentucky in 2002. I was admitted to practice before the Sixth Circuit Court of Appeals in 2003.

4.      I am in good standing and eligible to practice before all Courts and jurisdictions referred to in the above paragraph.

5.      I certify that there are no disciplinary proceedings pending against me in any jurisdiction in which I am licensed to practice.

6.      I certify that I have familiarized myself with the local rules of this Court and will abide by them.

I declare under penalty of perjury this 2nd day of June 2005 that the foregoing is true and correct.

Respectfully Submitted,

Vincent P. Antaki
Reminger & Reminger Co., L.P.A.
Suite 1990
7 W. 7th Street
Cincinnati, Ohio 45202

STATE OF OHIO          )
                       )SS:
COUNTY OF HAMILTON     )

The foregoing instrument was sworn to and subscribed before me this 2nd day of June 2005, by Vincent P. Antaki who is personally known to me and who did take an oath.

NOTARY PUBLIC

Sign:

(SEAL)

My Commission Expires:   7-28-05

EILEEN M. LUKEN
Notary Public, State of Ohio
My Commission Expires
July 28, 2007

4