UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| G. KENT PLUNKETT,<br><br>      Plaintiff,<br><br>vs.<br><br>VALHALLA INVESTMENT SERVICES,<br>INC. AND ERIC T. HOUSE<br><br>      Defendant. | CIVIL ACTION NO.: 04 CV 10765 NG |

## LOCAL RULE 7.1(A)(2) CERTIFICATION

I, Brian P. Voke, certify that I conferred with plaintiff's counsel in a good faith attempt to obtain plaintiff's assent to defendant's motion to dismiss.

Defendants, Valhalla Investment
Services, Inc. and Eric T. House

/s/ Brian P. Voke                              Dated: Sept 6, 2005
Brian P. Voke, BBO 544327
CAMPBELL CAMPBELL EDWARDS & CONROY
Professional Corporation
One Constitution Plaza, Third Floor
Boston, MA 02129