UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| G. KENT PLUNKETT, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) CIVIL ACTION NO.: 04 CV 10765 NG ) |
| VALHALLA INVESTMENT SERVICES, INC., et al. | ) ) ) |
| Defendants. | ) |

### AFFIDAVIT OF ERIC T. HOUSE

Affiant, Eric T. House, having been duly sworn, says that he has personal knowledge of the facts contained in this Affidavit, that he is competent to testify to the matters herein, and that all of the statements contained herein are true and accurate as he verily believes:

1. My name is Eric T. House. I am a registered securities representative and the sole officer, director and shareholder of Valhalla Investment Services Inc. (*hereinafter* "Valhalla"). I am a citizen of the State of Ohio.

2. Valhalla is named as a party Defendant in a civil action styled G. Kent Plunkett v. Valhalla Investment Services, Inc. and Eric T. House, Docket Number 04 CV 10765 NG, now pending in the United States District Court for the District of Massachusetts.

3. The aforementioned civil action arises from an agreement between me and Mr. Plunkett in which I agreed to manage his funds. Mr. Plunkett initiated the first



contact between us via telephone. He initiated all subsequent telephone contact. I have never traveled to Massachusetts to conduct business with Mr. Plunkett.

4. Valhalla is not engaged in any active business, nor has Valhalla ever been in any way involved in the management or investment of Mr. Plunkett's funds.

5. Valhalla is a privately held corporation organized and existing under the laws of Ohio and has its principle place of business in Ohio. Valhalla maintains no offices outside of Ohio.

6. Valhalla does not transact any business in Massachusetts; does not contract to supply services or things in Massachusetts; and, does not regularly do or solicit business or engage in any other persistent course of conduct or derive substantial revenue from goods used or services rendered in Massachusetts.

FURTHER AFFIANT SAYETH NAUGHT.

_____
ERIC T. HOUSE

**STATE OF OHIO**          )
                           )   SS:
**COUNTY OF HAMILTON**     )

Sworn to and subscribed in my presence by the said Eric T. House this 1st day of August 2005.

SUE ANN PREWITT
Notary Public, State of Ohio
My Commission Expires
June 4, 2008

_____
NOTARY PUBLIC
My Commission Expires: June 4, 2008