# TAB B

PLUNKETT AFFIDAVIT



## Valhalla Investment Advisory, Inc.

August 30, 2001

G. Kent Plunkett

Dear Kent,

I am writing to you because I want to get this message out in the most efficient way possible. Sending you a note from time to time will hopefully address lingering common questions.

Market conditions have been unrivaled over the last twenty months. This time encompasses the highs of early last year with the current lows we have been experiencing for many months. Many of you have to feel like this is never going to end. I urge you to look at the market as the long-term animal that it is. Economic events always have and always will determine the markets' short and long term action. But the markets also price stocks based on events going forward six or more months.

As we approach third and fourth quarter corporate earnings reports, we should see an earnings trough followed by earnings guidance that will reverse the declining trends of preceding quarters. This will set up several companies trading three or more year lows to rally quite nicely and we will be ready to act when the time is right. I truly look at the next 2-3 years as a wonderful opportunity to grow everyone's account. If you remember, the 1990's started with war and interest rate problems before exploding into the best market decade in 100 years.

We emphasize the paramount importance of patience and good trades. I will continue to diligently work until we establish profitability for all our clients. Staying the course and planning to take advantage of today's weakness is what will position accounts for potential gains later. We will hope to participate in these gains when the opportunity presents itself.

With best regards,

Eric T. House
Registered Investment Advisor

ETH/dmt

Nothing contained in this communication is intended to be, nor should it be considered as, a recommendation, investment advice, an offer to sell or buy, a solicitation, agreement or an endorsement by TradeStation Securities. All information contained herein has been obtained from sources believed to be reliable; however TradeStation Securities does not attest to its completeness or accuracy. The securities referenced herein, if any, may be unsuitable for your risk tolerance.

Securities offered through *Onlinetrading.com*, Member NASD/SIPC
Clearing Agent: Bear Stearns Securities Corp.

6406 Ridge Road • Cincinnati, Ohio 45213 • (513) 396-6000 • Fax (513) 396-7150

CONFIDENTIAL
VAL0012



# Valhalla Investment Advisory, Inc.

January 3, 2002

Dear Client,

I am writing at the end of the most volatile period of market history in decades and the one of the most symbolically tragic periods in our country's history. The environment has been unprecedented and, admittedly, can make one feel that they are working in the dark. But I cannot emphasize enough that this is a period to learn and grow from on a path that can lead to ultimate prosperity and gains. I truly feel that way about current events and how they will allow those willing to interpret and digest these times toward ultimate benefits. For those who continue to exhibit patience and at least attempt to understand, let me formally thank you here. For those still in doubt about the future, I view my job as making you a believer by my actions. I AM COMMITTED TO EVERY ACCOUNT I MANAGE. There are no events that can't be rectified with time and effort, both of which I am devoting to this cause. My hope is to lead by example. Many of you know it is hard for me to communicate by phone regularly because of the markets. But PLEASE know that doesn't mean we have lost focus or forgotten anyone!

The markets do dictate ultimate long term performance over any practically measured time frame. Such a time frame is minimally 5yrs and most reasonably 10-20 yrs. Any timeframe less is subject to a great deal of whipsaw. My clients are our very most important priority to me and this firm. We never want to be perceived as viewing the events that affect you account casually. Truly we intend to be strict about meeting the goals that will make your investment worth the time and volatility one must endure in the stock market to make money. I view the superior gains in the market as a time tested fact that can be achieved if someone can simply adopt a mentality that will allow them to get through the tougher, more highly publicized intervals. But these intervals seldom matter over the 10-20 years one should be focused.

I am always learning in my capacity as a money manager. As long as I live I will remember the lessons of the last 2 years and how to apply them to my future decisions. I regret more than anyone knows that my clients have had to go through this time. I am writing, not to influence you or your future relationships with us, as much as to let you honestly know that I am living this with you each day and am committed to a happy ending for all that can endure the journey of the markets and world events. Recessions, market corrections, consumer spending, and psychology are all cyclical events that have occurred regularly. But the unforeseen shock of terrorism, political events both domestic and international, war, foreign disputes, biological deaths and threats, etc. are never events for which markets are prepared. Given all that has occurred this year we have weathered these events well as a nation and I am optimistic about the opportunities that will develop.

Securities offered through TradeStation Securities, Member NASD/SIPC
Clearing Agent: Bear Stearns Securities Corp.

6406 Ridge Road • Cincinnati, Ohio 45213 • (513) 396-6000 • Fax (513) 396-7150

CONFIDENTIAL
VAL0013

● Page 2                                                                                    January 3, 2002

To better facilitate communication, please provide your e-mail address for future correspondence. My e-mail address is vlh@fuse.net. I hope you have a wonderful personal 2002, and I will work hard to make that true financially as well.

Sincerely,


Eric T. House
President

CONFIDENTIAL
VAL0014



# Valhalla Investment Advisory, Inc.

January 23, 2002

Dear Advisory Client:

You will notice from this quarter forward that we will be charging $20 per trade in your advisory account. This is an amount used to help offset our trading costs with Bear Stearns.

We sincerely struggled over the last 5 quarters not to institute this cost to you, however we have had to operate at a loss over that time to cover our trading costs in your account. My only intention from the beginning was to build value to you, our client, by combining your trades, confirms, service, our research, statements, accounting, and estate planning needs into one finite cost structure. While I still believe it is possible, I admit that we have to experiment with balancing such fee structures with our ongoing costs. These costs have been extra hard to get a handle on over the last 2-3 years of extremely volatile market conditions.

I want to be clear that we will be reducing your annual percentage charge to help offset the fee of the minimal trade costs. While I still feel that our fee is small compared with industry average trading fees, I will continue to try and add value wherever possible. You will find enclosed a new percentage comparison to see how your account percentage fee as been adjusted. Remember that the percentage has always been structured to be higher as the account is lower in value. Still, this equals a smaller dollar charge than paying a smaller percentage on a bigger account balance.

I hope this clarifies any questions. If not feel free to call me or email me at vlh@fuse.net.

Eric House

Securities offered through TradeStation Securities, Member NASD/SIPC
Clearing Agent: Bear Stearns Securities Corp.

6406 Ridge Road • Cincinnati, Ohio 45213 • (513) 396-6000 • Fax (513) 396-7150

CONFIDENTIAL
VAL0015



# Valhalla Investment Advisory, Inc.

January 31, 2002

Dear Client,

A revised (effective 1/2002) Advisory Fee Schedule was mailed to you this past December. Last week a letter with explanation of the $20 commission for advisory accounts was mailed to you. The letter stated a fee schedule was to be enclosed, however, a copy of the revised (effective 1/2002) schedule was not enclosed.

Enclosed you will find a copy of the letter and the revised fee schedule. I apologize for the error.

Also, I would like to take this opportunity to let you know if you received a letter from Mr. Dean Whitaker, you should disregard the letter. Valhalla Investment Advisory, Inc. is no longer using the services of Mr. Whitaker. If you choose to go to him for your tax preparation, the fee will not be reimbursed.

You also received a letter stating Donald J. Speed will be providing tax preparation for advisory clients this year. To make your appointment, once you have all your tax documents, please call me.

Once again, I apologize for the confusion. Please call me if you have any questions.

Dot Taylor
Director of Client Service

Securities offered through TradeStation Securities, Member NASD/SIPC
Clearing Agent: Bear Stearns Securities Corp.

6406 Ridge Road • Cincinnati, Ohio 45213 • (513) 396-6000 • Fax (513) 396-7150

CONFIDENTIAL
VAL0016

## VALHALLA INVESTMENT ADVISORY, INC.

### ADVISORY FEE SCHEDULE

#### Effective January 1, 2002

$ 0 - $ 500,000 = 2.00%

$ 500,001 - $1,000,000 = 1.75%

$1,000,001 - $1,500,000 = 1.50%

$1,500,001 - $2,000,000 = 1.25%

$2,000,001 +         = 1.00%

**Attention: Advisory Client**

The Advisory Fee Schedule has been revised. The revision is effective January 1, 2002. The new rate will be used to calculate the First Quarter Management Fee for the period of January 2002 – March 2002.

Eric T. House

CONFIDENTIAL
VAL0017