# **TAB C**

PLUNKETT AFFIDAVIT

CLEARANCE AGENT
Bear, Stearns Securities Corp.
One Metrotech Center North
Brooklyn, New York 11201-3859
(212) 272-1000

B KENT PLUMMET

7 of 7

## Transaction Detail (continued)

**MISCELLANEOUS**

| DATE MO/DAY | TRANSACTION | DESCRIPTION | DEBIT AMOUNT | CREDIT AMOUNT |
|---|---|---|---|---|
| 03/22/00 | JOURNAL | A/O 03/21/00 FRBS WIRED TO CITIBANK FROM BANKBOSTON | | 1,000,000.00 |
| 03/28/00 | TRANSFER | TFR CASH TO MARGIN | 72,020.00 | |
| 03/28/00 | TRANSFER | TFR CASH TO MARGIN | | 72,020.00 |
| TOTAL | | | $72,020.00 | $1,072,020.00 |

***** End of Statement *****

(STOP)

* original IMN investment
wire from BankBoston 3/22/00