UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| G. KENT PLUNKETT,<br>    Plaintiff,<br><br>vs.<br><br>VALHALLA INVESTMENT<br>SERVICES, INC., et al.<br>    Defendants. | CIVIL ACTION NO.: 04 CV 10765 NG |

**AFFIDAVIT OF MELISSA CORNACCHINI**

I, Melissa Cornacchini, on oath depose and state that:

1. I live in West Roxbury, Massachusetts, and have lived in Massachusetts my entire life. I have a A.S. from Bay State College and am currently working toward my B.A./Masters in psychology at Boston University.

2. I am an Executive Assistant at Salary.com in Needham, Massachusetts, where I work for the company's CEO, G. Kent Plunkett, the plaintiff in this action. I began working at Salary.com in April 2000. From June 2003 until June 2005 I also acted as the Human Resource Manager at Salary.com. Since June 2005, I have been handling corporate recruiting for the entire company in addition to working for Mr. Plunkett.

3. My primary responsibilities at Salary.com are to manage Mr. Plunkett's business and personal financial affairs. In this capacity, I have been in contact with the Defendants, Mr. Eric House and Valhalla regarding their investment of $100,000 in Salary.com. In the fall of 2000, Valhalla made a $100,000 investment in Salary.com by purchasing 100,533 shares of Salary.com stock. See Tab A, wire transfer by Valhalla to Salary.com. In September 2000, a promissory note was issued to Valhalla. See Tab B,

Memorandum regarding Note and Warrant. Valhalla subsequently lost the Note and signed an Affidavit of Lost Note and Indemnity Agreement, attached at Tab C. Salary.com reissued the Note for 101,533 shares of Series D Convertible Preferred stock in December 2000. See Tab D, certificate dated December 21, 2000.

    4.    In managing Valhalla's investment with Salary.com, I communicated with Mr. Eric House and/or his assistant Dot Taylor approximately two to three times a year regarding shareholder meetings and issues. I would communicate with Mr. House or Ms. Taylor by telephone, fax and email. Some of these communications were initiated by Mr. House or Ms. Taylor. Attached at Tab E are copies of these communications.

    5.    In working for Mr. Plunkett, I also track his personal investments. Thus, I would communicate with Mr. House and/or his assistant Dot Taylor to make sure I had the correct account information for Mr. Plunkett's account that Valhalla managed and that I had current information about advisory fees being charged to Mr. Plunkett's advice. At times I would call Ms. Taylor at Valhalla and at times she would call me. Attached at Tab F are copies of communications pertaining to Mr. Plunkett's personal investments with Valhalla.

    6.    All of my communications with Valhalla, Mr. House, or Ms. Taylor have been while I was in Massachusetts.

Signed under the penalties of perjury this 13th day of September, 2005.

/s/ Melissa Cornacchini
Melissa Cornacchini

LIT 1540927v1