# TAB A

