## TAB B

# TESTA, HURWITZ & THIBEAULT, LLP
### ATTORNEYS AT LAW

125 HIGH STREET
BOSTON, MASSACHUSETTS 02110-2704

OFFICE (617) 248-7000

FAX (617) 248-7100

Direct Dial Number
(617) 248-7293

email: castelfv@tht.com

## MEMORANDUM

TO: Eric T. House

FROM: Frank V. Castellucci

CC: G. Kent Plunkett
Arthur M. Rogers

DATE: September 21, 2000

RE: Salary.Com, Inc. Bridge Financing – Note and Warrant

---

In connection with the bridge financing of Salary.com, Inc., enclosed for your safekeeping is a fully-executed original convertible promissory note and common stock purchase warrant.

Please acknowledge your receipt of the convertible promissory note and common stock purchase warrant by signing and dating the enclosed copy of this letter in the spaces provided below and returning it to me in the enclosed pre-paid overnight envelope.

If you have any questions or comments, please contact me at the telephone number or e-mail address listed above.

_Eric T. House_
Received By (Print Name)

_[signature]_
Signature

_9/22/2000_
Date

1431FVC252/1.1074586-1

09/21/00  10:50 FAX 617 248 7100       TESTA, HURWITZ&THIBEAULT                           ☒002

IN WITNESS WHEREOF, the undersigned have executed this Convertible Promissory Note and Warrant Purchase Agreement as of the date first above written.

COMPANY:

SALARY.COM, INC.

By: _____
Name: _____
Title: _____

INVESTORS:

By: *Eric T. House* (signature)
Name: Eric T. House
Title: G.P. Valhalla Venture Fund

TOLIVIER252/1.A966657-4