# **TAB D**

Series D Convertible Preferred Stock
PD-17 : Cert #
101,533 : Stock
12/21/00
$100,000.00 Investment

