# TAB E

TAB E

## Melissa Cornacchini

From: Eric T. House [vlh@fuse.net]
Sent: Monday, August 21, 2000 9:01 AM
To: mcornacchini@salary.com
Subject: RE: Salary.com

Melissa,

We look forward to investing in Salary.com and I will personally be in touch sometime this week.

Eric

-----Original Message-----
From: Melissa Cornacchini [mailto:mcornacchini@salary.com]
Sent: Friday, August 18, 2000 3:29 PM
To: vlh@fuse.net
Subject: Salary.com

Eric:

Kent has informed me that you are generously investing in Salary.com. He has given me your email address to get some additional information from you so I can proceed with the paperwork. When you have the chance, please give me a call so we can discuss.

Meliss Cornacchini
Executive Assistant
781-237-2441 X255

1

## Melissa Cornacchini

**From:** E. House [vlh@fuse.net]
**Sent:** Thursday, May 29, 2003 5:53 PM
**To:** Melissa Cornacchini
**Subject:** Re: Salary.com, Inc. Investor Update

This is the formal RSVP for Valhalla Venture Fund.

Eric House

----- Original Message -----
From: Melissa Cornacchini
To: mcornacchini@salary.com
Sent: Thursday, May 29, 2003 4:07 PM
Subject: Salary.com, Inc. Investor Update

## Salary.com, Inc. Investor Update
**Thursday, June 5, 2003**
5:30 pm (EST) Teleconference
Domestic Dial-In Number: (877)214-0402
Int'l Dial-In Number: (601)352-8646
Access Code Number: 656827

Dear Salary.com Investor:

Salary.com's CEO Kent Plunkett invites you to participate in an investor teleconference at 5:30 pm (EST) on Thursday, June 5, 2003 (full details immediately above). Participants will receive an update on the Company's overall performance since the last conference call, and insights into the company's prospects for the future.

Supporting materials for the June 5th teleconference will be sent to investors who RSVP by the end of business (EST) on June 3rd.

We look forward to your participation.

Very truly yours,

---------------
Melissa Cornacchini
Executive Assistant & HR Manager
Phone: 781-237-2441   ext. 255
Fax: 781-237-3382
E-Fax: 309-416-9869
mcornacchini@salary.com
888 Worcester St, Suite 340
Wellesley, MA 02482

Salary.com (http://www.salary.com) is the leader in online compensation information for individuals, business managers and human resource professionals.

The information transmitted is intended only for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any review, reliance or distribution by others or forwarding without express permission is strictly prohibited. If you are not the intended recipient, please contact the sender.

## Melissa Cornacchini

**From:** Richard Cellini [rcellini@salary.com]
**Sent:** Friday, September 12, 2003 11:03 AM
**To:** Melissa Cornacchini
**Subject:** FW: Finl Stmts from Wednesday's meeting

Please FAX the investor presentation to Eric House. Thanks

RJC


-----Original Message-----
**From:** E. House [mailto:vlh@fuse.net]
**Sent:** Friday, September 12, 2003 10:20 AM
**To:** rcellini@salary.com
**Subject:** Finl Stmts from Wednesday's meeting

Hi,

My name is Eric House and my hedge fund is a shareholder in Salary.com. I was unable to attend Wednesday's conference call and I was hoping you could email or fax me copies of what was discussed as well as of the company's financial statements. My phone is 513-396-6000, fax is 513-396-7150, and my email is vlh@fuse.net. Thank you for your assistance.

Eric House