# TAB F

**Melissa Cornacchini**

From: dot taylor [dottaylor6@hotmail.com]
Sent: Tuesday, October 09, 2001 4:47 PM
To: mcornacchini@salary.com
Subject: 2000 Advisory Fees for A/C #613-93776

Melissa, Account 613-93776 was opened 3/21/00, so Kent did not have any fees for the 1st quarter. However, here are the fees paid for 2nd, 3rd, and 4th quarter.

Get your FREE download of MSN Explorer at http://explorer.msn.com/intl.asp

## Melissa Cornacchini

**From:** dot taylor [dottaylor6@hotmail.com]
**Sent:** Tuesday, October 09, 2001 4:53 PM
**To:** mcornacchini@salary.com
**Subject:** 2000 Advisory Fees for A/C #613-93776

Melissa, Oops! Here is the remainder of you information!
    2nd quarter - 3,593
    3rd quarter - 3,024
    4th quarter - 3,020
If I can be of further assistance, let me know. Dot

---

Get your FREE download of MSN Explorer at http://explorer.msn.com/intl.asp

**Melissa Cornacchini**

From: E. House [vlh@fuse.net]
Sent: Monday, April 01, 2002 5:04 PM
To: mcornacchini@salary.com
Subject: Re: Hedge Fund

Melissa,

I could forward general information, but I am not sure what specific data you are interested. We dont advertise the hedge fund so we don't have premade marketing materials. Let me know.

Eric House
----- Original Message -----
From: "Melissa Cornacchini" <mcornacchini@salary.com>
To: "Eric House" <vlh@fuse.net>
Sent: Monday, April 01, 2002 3:03 PM
Subject: Hedge Fund


> Eric,
> At Kent Plunkett's request, could you forward to his attention any material
> pertaining to the hedge fund.
> Thank you for your assistance.
>
>
> ----------------
> Melissa Cornacchini
> Executive Assistant, Salary.com
> Phone:  781-237-2441    ext. 255
> Fax:  781-237-3228
> mcornacchini@salary.com
> 888 Worcester St, Suite 340
> Wellesley, MA 02482
>
> Salary.com (http://www.salary.com) is the leader in online
> compensation information for individuals, business managers and human
> resource professionals.
>
> The information transmitted is intended only for the person or entity
> to which it is addressed and may contain confidential and/or
> privileged material. Any review, reliance or distribution by others or
> forwarding without express permission is strictly prohibited. If you
> are not the intended recipient, please contact the sender.
>
>

1

**Melissa Cornacchini**

| | |
|---|---|
| From: | dot taylor [dottaylor6@hotmail.com] |
| Sent: | Tuesday, October 15, 2002 12:13 PM |
| To: | mcornacchini@salary.com |
| Subject: | RE: 2001 Advisory Fees |

Melissa, I am faxing the 22 pages of gains/loss to you at this time. Have a great day. Dot

```
>From: Melissa Cornacchini <mcornacchini@salary.com>
>To: dot taylor <dottaylor6@hotmail.com>
>Subject: RE: 2001 Advisory Fees
>Date: Tue, 15 Oct 2002 11:59:40 -0400
>
>that would be great!
>
>thanks so much.
>
>-----Original Message-----
>From: dot taylor [mailto:dottaylor6@hotmail.com]
>Sent: Tuesday, October 15, 2002 11:58 AM
>To: mcornacchini@salary.com
>Subject: RE: 2001 Advisory Fees
>
>
>I will need to pull the gains/loss report from one of our systems.  I
>should be able to have this to you within the next 20-30 minutes. Dot
>
>
> >From: Melissa Cornacchini <mcornacchini@salary.com>
> >To: dot taylor <dottaylor6@hotmail.com>
> >Subject: RE: 2001 Advisory Fees
> >Date: Tue, 15 Oct 2002 11:52:28 -0400
> >
> >Thank you so so much!!! The fax number is actually 781-237-3382.
> >Is it possible to get the Gain & Losses Schedule as well (2001).
> >
> >Thank you.
> >
> >-----Original Message-----
> >From: dot taylor [mailto:dottaylor6@hotmail.com]
> >Sent: Tuesday, October 15, 2002 11:43 AM
> >To: mcornacchini@salary.com
> >Subject: 2001 Advisory Fees
> >
> >
> >Melissa, Per your request, here are the fees for 2001.  First Quarter
> >- $1,575, Second Quarter - $881, Third Quarter - $666 and Fourth
> >Quarter -$623.  Just to let you know, I tried to fax info to you
> >using fax #
> >(781)237-3328 and there is no answer. If we can be of further
> >assistane, please let us know. Thank you, Dot
> >
> >
> >
> >Join the world's largest e-mail service with MSN Hotmail.
> >http://www.hotmail.com
>
>
>
>
>MSN Photos is the easiest way to share and print your photos:
>http://photos.msn.com/support/worldwide.aspx
```

1

**Melissa Cornacchini**

From: dot taylor [dottaylor6@hotmail.com]
Sent: Thursday, October 09, 2003 11:43 AM
To: mcornacchini@salary.com
Subject: RE: Kent Plunkett

No, I do not. I am sure you will have them very soon. I a faxing the fee report to you right now. dot

>From: Melissa Cornacchini <mcornacchini@salary.com>
>To: dot taylor <dottaylor6@hotmail.com>
>Subject: RE: Kent Plunkett
>Date: Thu, 09 Oct 2003 11:18:27 -0400
>
>For now, do you have the gains/loss numbers verbally??
>
>
>-----Original Message-----
>From: dot taylor [mailto:dottaylor6@hotmail.com]
>Sent: Thursday, October 09, 2003 11:00 AM
>To: mcornacchini@salary.com
>Subject: RE: Kent Plunkett
>
>
>The advisory fee total is $1,659.00, the gains/loss report has been
>ordered,
>and more than likely will have it sometime today, but can not promise by
>noon. I will fax to you as soon as I get the report. Do you need the the
>fees in report form or is just the amount enough? Let me know. dot
>
>
>
> >From: Melissa Cornacchini <mcornacchini@salary.com>
> >To: dot taylor <dottaylor6@hotmail.com>
> >Subject: RE: Kent Plunkett
> >Date: Thu, 09 Oct 2003 10:40:08 -0400
> >
> >Dot,
> >I would need this information by noon. Is that possible?
> >
> >Kent has also asked that Eric send over the Vallahala prospectus.
> >
> >Thank you again.
> >
> >-----Original Message-----
> >From: dot taylor [mailto:dottaylor6@hotmail.com]
> >Sent: Thursday, October 09, 2003 9:38 AM
> >To: mcornacchini@salary.com
> >Subject: Re: Kent Plunkett
> >
> >
> >Melissa, I was not in the office yesterday. I will get the needed data to
> >you ASAP. dot
> >
> >
> > >From: Melissa Cornacchini <mcornacchini@salary.com>
> > >To: dottaylor6@hotmail.com
> > >Subject: Kent Plunkett
> > >Date: Tue, 07 Oct 2003 15:56:33 -0400
> > >
> > >Hello Dot,
> > >Could you possibly fax over to me Kent Plunketts total advisory fee's

1

```
>and
> > >gains/loss for 2002?
> > >Our new fax number is 781-726-7227. If you have any questions, please
>let
> > >me
> > >know.
> > >
> > >Thank you,
> > >Melissa
> > >
> > >-----------------
> > >Melissa Cornacchini
> > >Executive Assistant & Human Resource Manager
> > >Direct: 781-726-7855
> > >Main:   781-726-7600
> > >Fax:    781-726-7227
> > >E-Fax:  309-416-9869
> > >mcornacchini@salary.com
> > >15 Crawford Street
> > >Second Floor
> > >Needham, MA 02494
> > >
> > >Salary.com (http://www.salary.com) is the leader in online compensation
> > >information for individuals, business managers and human resource
> > >professionals.
> > >
> > >The information transmitted is intended only for the person or entity
>to
> > >which it is addressed and may contain confidential and/or privileged
> > >material. Any review, reliance or distribution by others or forwarding
> > >without express permission is strictly prohibited.  If you are not the
> > >intended recipient, please contact the sender.
> >
> >
> >_____
> >Instant message during games with MSN Messenger 6.0. Download it now
>FREE!
> >http://msnmessenger-download.com
> >
>
>_____
>Instant message during games with MSN Messenger 6.0. Download it now FREE!
>http://msnmessenger-download.com
>

_____
Share your photos without swamping your Inbox.  Get Hotmail Extra Storage
today! http://join.msn.com/?PAGE=features/es
```

**Melissa Cornacchini**

From: dot taylor [dottaylor6@hotmail.com]
Sent: Thursday, October 09, 2003 1:39 PM
To: mcornacchini@salary.com
Subject: Fwd: FW: P&L report


61393776
P-L.pdf (119 KB)

Melissa, Here is the gains/loss report as emailed to me from TradeStation Securities. Let me know if we can be of further assistance. dot


>From: Katie Faber <KFaber@TradeStation.com>
>To: "Vahalla (Dot T.)" <Dottaylor6@Hotmail.com>
>Subject: FW: P&L report
>Date: Thu, 9 Oct 2003 12:24:26 -0400
>
>-----Original Message-----
>From: dot taylor [mailto:dottaylor6@hotmail.com]
>Sent: Thursday, October 09, 2003 10:07 AM
>To: KFaber@TradeStation.com
>Subject: Fwd: Kent Plunkett
>
>
>Katie, I received this request from Mr. Plunkett's office. His account
>number is 613-93776. He did not move his account from TradeStation to STC.
>
>I will remind him of this fact. I will be able to provide the total for
>advisory fees but not the gains/loss for 2002. Will you be able to fax
>directly to them (fax number provided in text)  or do you want to email to
>me and I will fax with advisory fee info. Let me know what you want me to
>tell them. Thanks, dot
>
>
> >From: Melissa Cornacchini <mcornacchini@salary.com>
> >To: dottaylor6@hotmail.com
> >Subject: Kent Plunkett
> >Date: Tue, 07 Oct 2003 15:56:33 -0400
> >
> >Hello  Dot,
> >Could you possibly fax over to me Kent Plunketts total advisory fee's and
> >gains/loss for 2002?
> >Our new fax number is 781-726-7227. If you have any questions, please let
> >me
> >know.
> >
> >Thank you,
> >Melissa
> >
> >-----------------
> >Melissa Cornacchini
> >Executive Assistant & Human Resource Manager
> >Direct: 781-726-7855
> >Main:   781-726-7600
> >Fax:    781-726-7227
> >E-Fax:  309-416-9869
> >mcornacchini@salary.com
> >15 Crawford Street
> >Second Floor
> >Needham, MA 02494

1

## Melissa Cornacchini

**From:** dot taylor [dottaylor6@hotmail.com]
**Sent:** Thursday, October 09, 2003 1:54 PM
**To:** mcornacchini@salary.com
**Subject:** gains/loss 2002

Melissa, did you receive the gains/loss attachment forwarded to you via email? Let me know, if not, I will fax to you. dot

---

Help protect your PC. Get a FREE computer virus scan online from McAfee.
http://clinic.mcafee.com/clinic/ibuy/campaign.asp?cid=3963

1

**From:** Melissa Cornacchini <mcornacchini@salary.com>
**To:** dottaylor6@hotmail.com
**Subject:** Kent Plunkett
**Date:** Tue, 07 Oct 2003 15:56:33 -0400

Hello Dot,
Could you possibly fax over to me Kent Plunketts total advisory fee's and gains/loss for 2002?
Our new fax number is 781-726-7227. If you have any questions, please let me know.

Thank you,
Melissa

----------------
Melissa Cornacchini
Executive Assistant & Human Resource Manager
Direct: 781-726-7855
Main:   781-726-7600
Fax:    781-726-7227
E-Fax:  309-416-9869
mcornacchini@salary.com
15 Crawford Street
Second Floor
Needham, MA 02494

Salary.com (http://www.salary.com) is the leader in online compensation information for individuals, business managers and human resource professionals.

The information transmitted is intended only for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any review, reliance or distribution by others or forwarding without express permission is strictly prohibited. If you are not the intended recipient, please contact the sender.

© 2003 Microsoft Corporation. All rights reserved. TERMS OF USE   Advertise   TRUSTe Approved Privacy Statement   GetNetWise

*[Handwritten:]* $1,659 - 2002 Fee ✓

CONFIDENTIAL
VAL0019

MSN Home | My MSN | Hotmail | Search | Shopping | Money | People & Chat

msn. The Average Driver Paid $687*/m for Auto Insurance www.LowerMyBills.com   Find Out If You Pay Too Much!

Sign Out

Search th

Hotmail   Home   Inbox   Compose   Contacts   Options   Help

dottaylor6@hotmail.com

Free Newsletters | MSN Featured Offers | Find Message

Save Address(es) | Block

Previous  Next | Close

From: Katie Faber <KFaber@TradeStation.com>
To: "Vahalla (Dot T.)" <Dottaylor6@Hotmail.com>
Subject: FW: P&L report
Date: Thu, 9 Oct 2003 12:24:26 -0400
Attachment: 61393776P-L.pdf (164k)

Reply | Reply All | Forward | Delete | Put in Folder...

Printer Friendly Version

-----Original Message-----
From: dot taylor [mailto:dottaylor6@hotmail.com]
Sent: Thursday, October 09, 2003 10:07 AM
To: KFaber@TradeStation.com
Subject: Fwd: Kent Plunkett


Katie, I received this request from Mr. Plunkett's office. His account number is 613-93776. He did not move his account from TradeStation to STC. I will remind him of this fact. I will be able to provide the total for advisory fees but not the gains/loss for 2002. Will you be able to fax directly to them (fax number provided in text) or do you want to email to me and I will fax with advisory fee info. Let me know what you want me to tell them. Thanks, dot


>From: Melissa Cornacchini <mcornacchini@salary.com>
>To: dottaylor6@hotmail.com
>Subject: Kent Plunkett
>Date: Tue, 07 Oct 2003 15:56:33 -0400
>
>Hello Dot,
>Could you possibly fax over to me Kent Plunketts total advisory fee's and
>gains/loss for 2002?
>Our new fax number is 781-726-7227. If you have any questions, please let
>me
>know.
>
>Thank you,
>Melissa
>
>---------------
>Melissa Cornacchini
>Executive Assistant & Human Resource Manager
>Direct: 781-726-7855
>Main: 781-726-7600
>Fax: 781-726-7227

CONFIDENTIAL
VAL0020

```
>E-Fax:  309-416-9869
>mcornacchini@salary.com
>15 Crawford Street
>Second Floor
>Needham, MA 02494
>
>Salary.com (http://www.salary.com) is the leader in online compensation
>information for individuals, business managers and human resource
>professionals.
>
>The information transmitted is intended only for the person or entity to
>which it is addressed and may contain confidential and/or privileged
>material. Any review, reliance or distribution by others or forwarding
>without express permission is strictly prohibited.  If you are not the
>intended recipient, please contact the sender.
>
```

Instant message during games with MSN Messenger 6.0. Download it now FREE! http://msnmessenger-download.com

TradeStation Group, Inc. is a publicly-traded holding company (Nasdaq: TRAD) of two operating subsidiaries, TradeStation Securities, Inc. (Member NASD, SIPC and NFA) and TradeStation Technologies, Inc. (formerly known as Omega Research, Inc.). TradeStation Securities provides securities brokerage services for institutional and active individual traders. TradeStation Technologies provides software products and services for traders.  The information transmitted is intended only for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any review, retransmission, dissemination or other use of, or taking of any action in reliance upon, this information by persons or entities other than the intended recipient is prohibited. If you received this in error, please contact the sender and delete the material from any computer.

**Notice:** Attachments are automatically scanned for viruses using **McAfee**

[Reply]  [Reply All]  [Forward]   [Delete] [Put in Folder...]          Previous  Next | Close

**MSN - More Useful Everyday**

**MSN Home**  |  **My MSN**  |  **Hotmail**  |  **Search**  |  **Shopping**  |  **Money**  |  **People & Chat**

© 2003 Microsoft Corporation. All rights reserved. TERMS OF USE   Advertise   TRUSTe Approved Privacy Statement   GetNetWise

CONFIDENTIAL
VAL0021

MSN Home | My MSN | Hotmail | Search | Shopping | Money | People & Chat

Search th

Home   Inbox   Compose   Contacts   Options   Help

dottaylor6@hotmail.com

Free Newsletters | MSN Featured Offers | Find Message

Previous  Next | Close

From: Melissa Cornacchini <mcornacchini@salary.com>
To: dot taylor <dottaylor6@hotmail.com>
Subject: RE: gains/loss 2002
Date: Thu, 09 Oct 2003 14:01:06 -0400

Printer Friendly Version

Yes, I received it. Thank you!

-----Original Message-----
From: dot taylor [mailto:dottaylor6@hotmail.com]
Sent: Thursday, October 09, 2003 1:54 PM
To: mcornacchini@salary.com
Subject: gains/loss 2002


Melissa, did you receive the gains/loss attachment forwarded to you via
email?  Let me know, if not, I will fax to you. dot

---

Help protect your PC.  Get a FREE computer virus scan online from McAfee.
http://clinic.mcafee.com/clinic/ibuy/campaign.asp?cid=3963

**MSN - More Useful Everyday**

**MSN Home | My MSN | Hotmail | Search | Shopping | Money | People & Chat**

© 2003 Microsoft Corporation. All rights reserved. TERMS OF USE   Advertise   TRUSTe Approved Privacy Statement   GetNetWise

CONFIDENTIAL
VAL0022

# VALHALLA INVESTMENT ADVISORY, INC.

## 6406 RIDGE ROAD

## CINCINNATI, OHIO 45213

### (513)396-6000 – FAX: (513)396-7150

---

**TO:** Melissa Cornacchini           **FROM:** Dot Taylor

**FAX NUMBER:** ((781) 726-7227      **DATE:** October 9, 2003

**RE:**    Advisory Fees 2002

**Total Number of Pages Including Cover:** 2

---

**Notes/Comments**

I will fax the gains/loss as soon as I receive from TradeStation Securities Corporation.

---

STC Securities Corporation
2419 East Commercial Blvd. Suite 304 – Fort Lauderdale, Florida 33308
Phone: (954)491-2424 * Fax: (954)491-5005

**CONFIDENTIAL**
VAL0023

# VALHALLA INVESTMENT ADVISORY, INC.

## ADVISORY MANAGEMENT FEES 2002

Account Name: G. Kent Plunkett

Account Number: 613-93776

| 1st Quarter | 2nd Quarter | 3rd Quarter | 4th Quarter | Total |
|---|---|---|---|---|
| 474.00 | 456.00 | 369.00 | 360.00 | $1,659.00 |

Securities offered through STC Securities Corporation, Member NASD/SIPC
Clearing Agent: Bear Stearns Securities Corporation
6406 Ridge Road * Cincinnati, Ohio 45213 * (513) 396-6000 * Fax (513) 396-7150

CONFIDENTIAL
VAL0024

HP Fax Series 900  
Plain Paper Fax/Copier

Fax History Report for  
Valhalla Investment Advis  
513 3967150  
Oct 09 2003 11:08am

Last Fax

| Date | Time | Type | Identification | Duration | Pages | Result |
|------|------|------|----------------|----------|-------|--------|
| Oct 9 | 11:06am | Sent | 17817267227 | 2:05 | 2 | OK |

Result:  
 OK - black and white fax

CONFIDENTIAL  
VAL0025

**VALHALLA INVESTMENT ADVISORY, INC.**
6406 RIDGE ROAD
CINCINNATI, OHIO 45213
(513) 396-6000
ERIC T. HOUSE, PRESIDENT

## 2003 ADVISORY MANAGEMENT FEES

| CLIENT NAME | CLIENT A/C # | TOTAL PAID |
|---|---|---|
| G. Kent Plunkett | 613-93776 | $118.00 |

THIS IS IMPORTANT TAX INFORMATION AND SHOULD BE REPORTED TO YOUR TAX RETURN PREPARER.

CONFIDENTIAL
VAL0026

Valhalla Investment Advisory

**From:** Kent Plunkett [kplunkett@salary.com]
**Sent:** Friday, March 17, 2000 4:34 PM
**To:** Eric House
**Subject:** FW: kent forward to Dot

-----Original Message-----
**From:** Kent Plunkett [mailto:kplunkett@salary.com]
**Sent:** Friday, March 17, 2000 12:05 PM
**To:** Eric House
**Subject:** kent forward to Dot

G. Kent Plunkett

382 Commonwealth Ave, #13
Boston, MA 02215

h) 617-266-1606
b) 781-444-5024 x238
Cell 617-686-4537

SS# 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

9/7/62

single

Salary.com, Inc.

Internet software manager

1 year

Baybank Boston, Boston
Liberty Bank, Boston


G. Kent Plunkett
CEO, Salary.com
Phone: 781-444-5024 ex. 238
Fax: 781-444-5937

CONFIDENTIAL
VAL0011