UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| G. KENT PLUNKETT, | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION |
| v. | ) | NO. 04-10765-NMG |
| | ) | |
| VALHALLA INVESTMENT SERVICES, INC., et al., | ) ) | |
| | ) | |
| Defendants. | ) | |

## REPORT RE: REFERENCE FOR
## ALTERNATIVE DISPUTE RESOLUTION

TO JUDGE GORTON

The above case was scheduled for mediation on November 1, 2005. The parties have informed the court that the case is not ripe for mediation at this time and should be restored to your trial list.

                                                  / s / Judith Gail Dein
                                                  Judith Gail Dein, U.S. Magistrate Judge
DATED: October 26, 2005                ADR Provider