UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| G. KENT PLUNKETT,<br>    Plaintiff,<br><br>vs.<br><br>VALHALLA INVESTMENT<br>SERVICES, INC., et al.<br>    Defendants. | CIVIL ACTION NO.: 04 CV 10765 NG |

### NOTICE OF APPEARANCE

I, Samuel F. Davenport, hereby notice my appearance as counsel for plaintiff G. Kent Plunkett.

                                                            Respectfully submitted,

                                                            G. KENT PLUNKETT

                                                            By his attorneys,

                                                            _____
                                                            H. Joseph Hameline, BBO #218710
                                                           Samuel F. Davenport, BBO #636958
                                                           MINTZ, LEVIN, COHN, FERRIS,
                                                              GLOVSKY AND POPEO, P.C.
                                                           One Financial Center
                                                           Boston, MA  02111
                                                           Tel. (617) 542-6000

Dated: October 27, 2005

## CERTIFICATE OF SERVICE

I, Samuel F. Davenport, hereby certify that on October 27, 2005, I served true and accurate copies of the foregoing documents electronically or by U.S. mail on:

Brian Voke, Esquire
CAMPBELL, CAMPBELL,
   EDWARDS & CONROY, P.C.
One Constitution Plaza, 3rd Floor
Boston, MA  02119

Vincent P. Antaki, Esquire
REMINGER & REMINGER CO., L.P.A.
7 West 7th Street, Suite 1990
Cincinnati, OH  45202

_____
Samuel F. Davenport

LIT 1547704v1