UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| G. KENT PLUNKETT,<br>    Plaintiff,<br><br>    vs.<br><br>VALHALLA INVESTMENT<br>SERVICES, INC., et al.<br>    Defendants. | )<br>)<br>)<br>)<br>)   CIVIL ACTION NO.: 04 CV 10765 NG<br>)<br>)<br>)<br>)<br>) |

**NOTICE OF APPEARANCE**

I, Samuel F. Davenport, hereby notice my appearance as counsel for plaintiff G. Kent Plunkett.

                                        /s/ Samuel F. Davenport_____
                                        Samuel F. Davenport, BBO #636958
                                        MINTZ, LEVIN, COHN, FERRIS,
                                            GLOVSKY AND POPEO, P.C.
                                        One Financial Center
                                        Boston, MA  02111
                                        Tel.  (617) 542-6000

Dated:  October 27, 2005

## CERTIFICATE OF SERVICE

  I, Samuel F. Davenport, hereby certify that on October 27, 2005, I served true and accurate copies of the foregoing documents electronically or by U.S. Mail on:

Brian Voke, Esquire
CAMPBELL, CAMPBELL,
 EDWARDS & CONROY, P.C.
One Constitutional Plaza, 3rd Floor
Boston, MA  02119

Vincent P. Antaki, Esquire
REMINGER & REMINGER CO., L.P.A.
7 West 7th Street, Suite 1990
Cincinnati, OH  45202

                /s/ Samuel F. Davenport
                Samuel F. Davenport

LIT 1547704v1