UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

---------------------------------x
                                 :
G. KENT PLUNKETT,                :
        Plaintiff,               :
                                 :
    vs.                          : CIVIL ACTION NO.: 04 CV 10765 NG
                                 :
VALHALLA INVESTMENT SERVICES,    :
INC. AND ERIC T. HOUSE,          :
        Defendants.              :
                                 :
---------------------------------x

FILED
IN CLERKS OFFICE

2005 NOV 29  A 11: 23

U.S. DISTRICT COURT
DISTRICT OF MASS.

<u>NOTICE OF APPEARANCES OF COUNSEL FOR PLAINTIFF G. KENT PLUNKETT</u>

TO THE CLERK OF THE ABOVE NAMED COURT:

Kindly enter the appearances of Richard M. Gelb and Stamenia Tzouganatos as additional counsel of record for plaintiff G. Kent Plunkett in the above-captioned matter.

Respectfully submitted,

/s/ Richard M. Gelb
/s/ Stamenia Tzouganatos
_____
Richard M. Gelb (BBO# 188240)
Stamenia Tzouganatos (BBO# 661509)
GELB & GELB LLP
20 Custom House Street
Boston, MA 02110
T(617) 345-0010
F(617) 345-0009
rgelb@gelbgelb.com
stzouganatos@gelbgelb.com

DATED: November 29, 2005

CERTIFICATE OF SERVICE

I hereby certify that on November 29, 2005, a copy of the foregoing document was served by first class mail upon the following counsel of record:

H. Joseph Hameline, Esquire
Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C.
One Financial Center
Boston, MA 02111
(617) 542-6000

Samuel Davenport, Esquire
Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C.
One Financial Center
Boston, MA 02111
(617) 542-6000

Brian Voke, Esquire
Campbell, Campbell, Edwards & Conroy, P.C.
One Constitution Plaza, 3rd Floor
Boston, MA 02119
(617) 241-3042

Vincent P. Antaki, Esquire
Reminger & Reminger Co., L.P.A.
7 West 7th Street, Suite 1990
Cincinnati, OH 45202
(513) 721-1311

/s/ Stamenia Tzouganatos
Stamenia Tzouganatos