UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| G. KENT PLUNKETT,<br>       Plaintiff,<br><br>vs.<br><br>VALHALLA INVESTMENT<br>SERVICES, INC. AND ERIC T. HOUSE,<br>       Defendants. | CIVIL ACTION NO.: 04 CV 10765 NG |

## MOTION TO AMEND COMPLAINT

Plaintiff G. Kent Plunkett ("Plaintiff") hereby moves this Court to amend its Complaint and add Valhalla Investment Advisory, Inc. as a defendant.

Defendants will not be prejudiced by this amendment because the same individual, Eric T. House, is the sole owner and sole officer of both Valhalla Investment Services, Inc. and Valhalla Investment Advisory, Inc. House is the Registered Representative for both companies. The motion simply adds the sister company to the existing corporate defendant. Existing defendants have admitted that Valhalla Investment Advisory, Inc. is the corporate entity which was engaged in the transactions at issue. Obviously, because House is the sole owner and officer of both companies, he has been fully aware of the issues in this action.

Plaintiff requested that Defendants consent to this motion by letter dated March 20, 2006 and subsequently by e-mail and voicemail, but has not received a response.

        Respectfully submitted,

        G. KENT PLUNKETT

        By his attorneys,

        /s/ H. Joseph Hameline
        H. Joseph Hameline, BBO #218710
        MINTZ, LEVIN, COHN, FERRIS,
          GLOVSKY AND POPEO, P.C.
        One Financial Center
        Boston, MA  02111
        Tel.  (617) 542-6000
        Fax   (617) 542-2241
        hhameline@mintz.com

Dated:  March 22, 2006

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and the paper copies will be sent to those indicate as non-registered participants on March 22, 2006.

        /s/ H. Joseph Hameline
        H. Joseph Hameline, BBO #218710