UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| G. KENT PLUNKETT,<br><br>      Plaintiff,<br><br>vs.<br><br>VALHALLA INVESTMENT<br>SERVICES, INC., et al.<br><br>      Defendants. | CIVIL ACTION NO.: 04 CV 10765 NG |

## DEFENDANTS' NOTICE OF FILING OF EXPERT REPORT

**PLEASE TAKE NOTICE** that Defendants Valhalla Investment Services, Inc. and Eric T. House, by and through counsel, are hereby filing the report of Ivan Gelfand, which is attached hereto as Exhibit A.

Defendants reserve the right to supplement or amend the report consistent with the Order of the Court and with proper notice to Plaintiff's counsel.

                                              Respectfully Submitted,

                                              /s/ Vincent P. Antaki
                                              Brian Voke, Esq. (BBO #544327)
                                              CAMPBELL, CAMPBELL, EDWARDS & CONROY, P.C.
                                              One Constitution Plaza, 3rd Floor
                                              Boston, MA 02119
                                              617/241-3042
                                              617/241-5115 – Facsimile

                                              Vincent P. Antaki, Esq. (Pro Hac Vice)
                                              REMINGER & REMINGER CO., L.P.A.
                                              West 7th Street, Suite 1990
                                              Cincinnati, Ohio 45202
                                              513/721-1311
                                              513/721-2553 – Facsimile

                                              **Attorneys for Defendants**

## CERTIFICATE OF SERVICE

     I hereby certify that a copy of the foregoing has been served via the Court's CM/ECF system this 14th day of April 2006 upon:

H. Joseph Hameline, Esq.
Samuel Davenport, Esq.
Mintz Levin, Cohn, Ferris, Glovsky and Popeo, P.C.
One Financial Center
Boston, MA 02111
**Attorneys for Plaintiff**

                                      /s/ Vincent P. Antaki
                                      Brian Voke, Esq.
                                       Vincent P. Antaki, Esq.