UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| G. KENT PLUNKETT,<br>                    Plaintiff,<br><br>            vs.<br><br>VALHALLA INVESTMENT<br>SERVICES, INC., and<br>ERIC T. HOUSE<br>                    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

CIVIL ACTION NO. 04-10765-NG

### ASSENTED-TO MOTION TO EXTEND THE DEADLINE FOR DISCOVERY

Now come the Defendants Valhalla Investment Services, Inc. ("Vahalla") and

Eric T. House, with the assent of the Plaintiff, to move that the time to respond to

discovery requests be extended to April 18, 2006.

This extension is necessary because a deposition of the Plaintiff originally

scheduled for April 14, 2006 needed to be rescheduled for April 18, 2006 at the

Plaintiff's request, because the Plaintiff was unable to attend the deposition.

WHEREFORE, the parties request that this Assented-to Motion to Extend the

Deadline for Discovery be granted so that the Defendants may complete the deposition of

the Plaintiff.

Respectfully Submitted
For the Defendants,

Brian Voke, Esq. (BBO #544327)
Campbell, Campbell, Edwards &
Conroy, Professional Corporation
One Constitution Plaza, 3rd Floor
Boston, MA 02119
(617) 241-3042
(617) 241-5115 – Facsimile

Vincent P. Antaki, Esq. (Pro Hac Vice)
Reminger & Reminger Co., L.P.A.
West 7th Street, Suite 1990
Cincinnati, Ohio 45202
(513) 721-1311
(513) 721-2553 – Facsimile


For the Planitiff,


H. Joseph Hameline
Mintz, Levin, Cohn, Ferris, Glovsky &
Popeo, P.C.
One Financial Center
Boston, MA  02111


## CERTIFICATE OF SERVICE

I hereby certify that on April 14, 2006, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system, and I hereby certify that I have mailed by U.S. Postal Service the paper to the following non-ECF participants:

H. Joseph Hameline
Mintz ,Levin, Cohn, Ferris, Glovsky & Popeo, P.C.
One Financial Center
Boston, MA  02111

Brian P. Voke