UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| G. KENT PLUNKETT,<br>        Plaintiff,<br><br>vs.<br><br>VALHALLA INVESTMENT SERVICES,<br>INC. AND ERIC T. HOUSE<br>        Defendant. | CIVIL ACTION NO. 04-10765-NG |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(ii), plaintiff G. Kent Plunkett and defendants Valhalla Investment Services, Inc. and Eric T. House hereby file notice of voluntary dismissal of the above-captioned action with prejudice.

Respectfully submitted,

| | |
|---|---|
| G. KENT PLUNKETT | VALHALLA INVESTMENT<br>SERVICES INC. and ERIC T. HOUSE |
| By his attorney, | By their attorneys, |
| /s/ H. Joseph Hameline<br>H. Joseph Hameline, BBO #218710<br>MINTZ, LEVIN, COHN, FERRIS,<br>   GLOVSKY AND POPEO, P.C.<br>One Financial Center<br>Boston, MA  02111<br>Tel.  (617) 542-6000<br>Fax  (617) 542-2241 | /s/ Brian Voke<br>Brian Voke, BBO #544327<br>CAMPBELL, CAMPBELL,<br>   EDWARDS & CONROY, P.C..<br>One Constitution Plaza, 3rd Floor<br>Boston, MA  02119<br>Tel.  (617) 241-3042<br>Fax  (617) 241-5115 |
| | Of Counsel:<br>Vincent P. Antaki<br>REMINGER & REMINGER CO., L.P.A.<br>7 West 7th Street, Suite 1990<br>Cincinnati, OH  45202<br>Tel.  (513) 721-1311 |
| Dated:  May 19, 2006 | Fax  (513) 721-2553 |

LIT 1572895v.1